**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Supreme Court No. DA 22-0303

FILED

08/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0303

ROBERT MATTHEW WITTAL,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 8th, 2022 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 9 2022